# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS, LLC<br><br>  Plaintiff,<br><br>v.<br><br>WOODBRIDGE DODGE, et al,<br><br>  Defendants. | Civil Action No. 06-5225 (SRC)( MAS)<br><br>**ORDER OF DESIGNATION FOR MEDIATION** |

The Court having adopted L.Civ.R.301.1 and Appendix Q, and this Rule having established a program for mediation of civil actions; and it appearing that mediation of this civil action would conserve the resources and be in the best interests of the Court and of the parties; and good cause appearing;

IT IS on this, 7th day of May, 2008,

ORDERED that:

1.  This civil action shall be, and hereby is, referred to mediation consistent with said Rule.

2.  Counsel and the parties shall mutually participate in mediation and shall cooperate with the mediator, who shall be selected by the Court.

3.  Counsel and the parties (including individuals with settlement authority) shall participate in mediation sessions as requested by the mediator.

4.  The mediator may meet with counsel and parties jointly or ex parte. All information presented to the mediator shall be deemed confidential and shall be disclosed by the mediator only upon consent of counsel, except as necessary to advise the Court of an apparent failure to participate. The mediator shall not be subject to subpoena by any party. No statements made or documents prepared for mediation sessions shall be disclosed in any subsequent proceeding or be constructed as an admission against interests.

5.  All proceedings in this civil action are hereby stayed for a period of 60 days from the date hereof, except that discovery as an aid to mediation may be conducted as agreed to by the mediator and counsel.

6. The parties shall notify the Court immediately after the mediation has concluded.

*M. Shipp*
HONORABLE MICHAEL A. SHIPP
UNITED STATES MAGISTRATE JUDGE