Joann Sternheimer, Esq.
Deily & Glastetter, LLP
8 Southwoods Blvd., Suite 207
Albany, NY 12211
(518) 436-0344
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS, LLC,<br><br>      Plaintiff,<br> -against-<br><br>WOODBRIDGE DODGE, INC., WOODBRIDGE LINCOLN MERCURY, INC., DENNIS F. ADAMS, JR. AND MARYELLEN ADAMS,<br><br>      Defendants. | CIV. NO. 06-CV-05225-SRC-MAS<br><br>CIVIL ACTION<br><br>**WARRANT TO SATISFY JUDGMENT** |

**WHEREAS**, a judgment was enters in the above- entitled action on January 5, 2010, in favor of DaimlerChrysler Financial Services Americas, LLC, and against Woodbridge Dodge, Inc. and Woodbridge Lincoln Mercury, Inc., in the amount of $491,391.76 plus interest and costs and said judgment with interest and costs thereon having been forgiven and satisfied, under Judgment number CV-005225-2006.

**THEREFORE**, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make entry of the full and complete satisfaction on the docket of said judgment.

**I CERTIFY** that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

Dated: December 11, 2019

                   **DEILY & GLASTETTER, LLP**

                   /S/ Joann Sternheimer, Esq.
                   Joann Sternheimer, Esq.
                   *Attorneys for Plaintiff*
                   8 Southwoods Blvd., Suite 207
                   Albany, New York 12211
                   Tel: (518) 436-0344 Fax: (518) 436-8273
                   E-mail: jsternheimer@deilylawfirm.com